Argued October 26, affirmed November 8, 1976

In the Matter of the Dissolution of the Marriage of
CALHOUN, *Appellant,*
*and*
CALHOUN, *Respondent.*
(No. 35565, CA 6571)
555 P2d 796

*Malcolm J. Corrigall,* Albany, argued the cause for appellant. With him on the brief was Daniels & Corrigall, Albany.

*Nickolas C. Nylander,* North Bend, argued the cause for respondent. With him on the brief was Flaxel & Todd, North Bend.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

**PER CURIAM.**

The sole contention on appeal is that the trial court was wrong in awarding custody of the minor children of the parties to the father. We find to the contrary. *See Whitlow and Whitlow,* 25 Or App 765, 768, 550 P2d 1404 (1976).

Affirmed.